# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

TOMMIE L. CARTER,

            Plaintiff,

v.

ANTHONY WALKER,

            Defendant.

Case No. 16-CV-1688-JPS

**ORDER**

On May 9, 2017, the parties filed a joint stipulation of dismissal of this action with prejudice and without costs or fees assessed to any party. (Docket #19). The Court will adopt that stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).[1]

Accordingly,

**IT IS ORDERED** that the parties' stipulation of dismissal (Docket #19) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice**, each party to bear its own fees and costs.

Dated at Milwaukee, Wisconsin, this 10th day of May, 2017.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge

---

[1] The original stipulation of dismissal, filed May 8, 2017, did not indicate whether the matter should be dismissed with or without prejudice. (Docket #18). The stipulation filed the next day now clarifies that the dismissal should be with prejudice. *See* (Docket #19).